## L. T. COULSON v. STATE.

No. A-1060.   Opinion Filed December 7, 1912.

(127 Pac. 1090.)

**APPEAL—Review—Affirmance.** When, upon appeal, it appears from the record that the offense charged against appellant was committed by him, and no error is disclosed depriving him of a substantial right during or prior to the trial, a judgment of conviction will not be reversed.

(Syllabus by the Court.)

*Appeal from Superior Court, Custer County;*
*J. W. Lawter, Judge.*

L. T. Coulson was convicted of violating the medical practice act, and he appeals. Affirmed.

*Sol. L. Long* and *Jones & Linville,* for plaintiff in error.

*Smith C. Matson* and *W. C. Reeves,* Asst. Attys. Gen., for the State.

ARMSTRONG, J. The plaintiff in error, L. T. Coulson, was tried and convicted in the superior court of Custer county at the December, 1910, term on a charge of violating the medical practice act, and his punishment fixed at a fine of $50.

We have carefully gone over the record, and find no error sufficient to justify this court in interfering with the judgment of the court below.

The appeal is without merit, and the judgment of the trial court is therefore affirmed.

FURMAN, P. J., and DOYLE, J., concur.